■ ELDEN E. DREIMILLER, Appellant, v KEMP O'CONNELL et al., Respondents. (And a Third-Party Action.)—Appeal from an order of the Supreme Court (Ford, J.), entered August 26, 1987 in Saratoga County, which denied plaintiff's motion to sanction defendants pursuant to CPLR 3126.

Order affirmed, with costs (see, Haney v O'Connell, 145 AD2d 746 [decided herewith]). Kane, J. P., Weiss, Mikoll, Levine and Mercure, JJ., concur.